150 A.3d 939

IN THE MATTER OF FRANCISCO S. GUZMAN, AN ATTORNEY AT LAW (ATTORNEY NO. 031322000)

December 7, 2016

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 15–374, concluding that **FRANCISCO S. GUZMAN** of **JERSEY CITY**, who was admitted to the bar of this State in 2001, should be reprimanded for violating *RPC* 1.1(b)(pattern of neglect) and *RPC* 1.3 (lack of diligence), and good cause appearing;

It is ORDERED that **FRANCISCO S. GUZMAN** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.